U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

**2025 MAR 21    AM 11: 18**

CLERK

BY _____
DEPUTY CLERK

UNITED STATES                                  File No. 2:23-cr-00108

                                                 2:23-cr-108-1

       v.

LINOSHKA BARBOSA

## STATEMENT OF DEFENDANT

I, Linoshka Barbosa, certify to this Honorable Court that I have reviewed the Pre-Sentence Report herein with my attorney, David C. Sleigh, and I understand it. After reviewing the PSR, my attorney and I submitted several objections thereto.

DATED at Burlington, Vermont on March 18, 2025.

_____
Linoshka Barbosa, Defendant

By: /s/ David C. Sleigh
Sleigh Law
PO Box 278
364 Railroad Street, Ste. E
St. Johnsbury, VT 05819
802-748-5176
julie@sleighlaw.com

SLEIGH LAW
ATTORNEYS AT LAW
P.O. BOX 278
364 RAILROAD STREET, STE E
ST. JOHNSBURY, VT 05819
(802) 748-5176